**IN RE: CONDEMNATION BY
SUNOCO PIPELINE
(PERKINS)**

**2030 CD 2016**

Commonwealth Court of Pennsylvania.

6/29/2017

Cumberland County Civil Division, 2016–00710

Affirmed